FILED
CLERK, U.S. DISTRICT COURT

MAY 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  *Greg Schneider*                    )   CASE NO. CV 14-1668-UA-DUTY
                                        )
                      Plaintiff,        )   ORDER (1) ACCEPTING FINDINGS
12                                      )   AND RECOMMENDATIONS, AS
                 v.                     )   MODIFIED, OF THE UNITED
13                                      )   STATES MAGISTRATE JUDGE, AND
    *Melanie Roberts*                   )   (2) GRANTING PLAINTIFF'S
14                                      )   MOTION TO DEEM DEFENDANT A
                                        )   VEXATIOUS LITIGANT AND FOR
                      Defendant.        )   AN ORDER PREVENTING
15                                      )   DEFENDANT FROM FILING ANY
                                        )   FURTHER REMOVALS OF THIS
16                                      )   UNLAWFUL DETAINER ACTION
                                        )
17  ──────────────────────────────     )

18

19          Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the documents filed in

20  support of, and in opposition to, Plaintiff's Motion to Deem Defendant Melanie Roberts

21  a Vexatious Litigant, along with the attached Report and Recommendation of the United

22  States Magistrate Judge.  Further, the Court has engaged in a de novo review of those

23  portions of the Report and Recommendation to which Defendant has objected.

24          We approve and adopt the findings of the United States Magistrate Judge and

25  **GRANT** Plaintiff's Motion to Deem Defendant a Vexatious Litigant and for an Order

26  Preventing Defendant from Filing Any Further Removals of the underlying unlawful

27  detainer action.  We modify the Magistrate Judge's recommendation no. 3, in part, so

28  that the following is the Court's Order: The Clerk of Court shall not accept any further

1  removal filings from Defendant Melanie Roberts against Plaintiff that arise out of the
2  Los Angeles County Superior Court unlawful detainer action, Case No. 13U02928,
3  unless Defendant obtains a prior Order from a Magistrate Judge or a District Judge
4  allowing her to file the removal papers.

5

6  **IT IS SO ORDERED**.

7

8  DATED: May 8, 2014

9

10

11  _____
   GEORGE H. KING
   Chief United States District Judge